UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,

v.                                             Case No. 8:06-cv-595-T-24TGW

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**

       This cause comes before the Court on its own. A review of the file reveals that Michael S. Rywant is not listed on the Attorney Roll of attorneys in good standing to practice before the Middle District of Florida. Pursuant to Local Rule 2.01(a), "[n]o person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule." Mr. Rywant may not appear or be heard as counsel for Defendant until he is in good standing in the Middle District of Florida. Michael S. Rywant shall have until May 19, 2006 to renew his membership in the Middle District of Florida bar. If Michael S. Rywant has not renewed his membership by May 19, 2006, the Clerk is directed to terminate Michael S. Rywant as counsel for Defendant in this case.

       **DONE AND ORDERED** at Tampa, Florida, this 20th day of April, 2006.

                                                            *Susan C. Bucklew*
                                                            SUSAN C. BUCKLEW
                                                             United States District Judge

Copies to:
Counsel of Record