UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


CLAYTON KEARNEY,

      Plaintiff,

v.                                                                      Case No. 8:06-cv-595-T-24TGW

AUTO-OWNERS INSURANCE COMPANY,

      Defendant.

_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion to Seal Records (Doc. No. 36).

Pursuant to Local Rule 1.09, in anticipation of filing a motion for summary judgment, Plaintiff

moves this Court for an Order authorizing him to file certain document under seal.  Defendant

did not file a response in opposition to Plaintiff's motion.

Plaintiff informs this Court that he intends to file a motion for summary judgment as to

one of Defendant's affirmative defenses.  Plaintiff contends that it will be necessary for

Plaintiff's motion for summary judgment and supporting memorandum of law to disclose and

discuss the financial terms of a Settlement Agreement[1] between Plaintiff and a Non-Party.  As

such, Plaintiff seeks to file under seal the Settlement Agreement and "complete copies of any

pleadings, motion, deposition transcripts or other discovery or affidavits setting forth any of the

financial terms of the Settlement Agreement."  Due to the confidential nature of these

documents, Plaintiff requests that the documents remain under seal for an indefinite period of

_____

[1]A Settlement Agreement dated September 8, 2005 ("Settlement Agreement") entered
into between Plaintiff and a non-party, Zurich American Insurance Company ("Non-Party").

time.  Plaintiff also advises that he plans to file redacted versions of these materials "deleting any references to the financial terms of the Settlement Agreement" which would be available to the public.

Having reviewed Plaintiff's motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that in order to protect confidential financial information of the Non-Party:

1.      Plaintiff's Motion to Seal Records (Doc. No. 36) is **GRANTED**;

2.      Plaintiff may file under seal the documents listed in the instant motion.  The documents shall remain sealed for an indefinite period of time;

3.      Plaintiff is directed to submit in paper format the documents he intends to file under seal along with a copy of this Order.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of December, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record