UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

      Plaintiff,

v.                                         Case No.  8:06-cv-595-T-24TGW

AUTO-OWNERS INSURANCE COMPANY,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on its own.  On December 21, 2006, Plaintiff Clayton Kearney ("Kearney") filed a motion for partial summary judgment (Doc. No. 48).  On January 31, 2007, Defendant Auto-Owners Insurance Company ("Auto-Owners") filed a response in opposition (Doc. No. 63).  On February 15, 2007, the Court referred this motion to United States Magistrate Judge Thomas G. Wilson for a report and recommendation as to the appropriate disposition of the motion (Doc. No. 67).

On March 19, 2007, Auto-Owners filed a motion for partial summary judgment (Doc. No. 81), and on April 9, 2007, Kearney filed a response in opposition (Doc. No. 88).  On March 29, 2007, the Court also referred this motion to Magistrate Judge Wilson for a report and recommendation as to the appropriate disposition of the motion (Doc. No. 85).

On June 7, 2007, Magistrate Judge Wilson held a hearing on these motions (Doc. No. 98), and has not yet issued a report and recommendation on them.  This case currently has a pretrial conference scheduled for July 6, 2007 at 8:30 a.m. (Doc. No 15).  The Court notes that it would be conducive to a more meaningful pretrial conference to have Magistrate Judge Wilson's

report and recommendation available at the pretrial conference, and as such, the Court will reschedule the pretrial conference to July 25, 2007 at 8:30 a.m., at which time Magistrate Judge Wilson's report and recommendation should be available.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of June, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record