UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,

v.                                                                       Case No. 8:06-cv-595-T-24 TGW

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiffs' Motion to Bring Blackberry Devices and/or Cellular Telephones into the Courtroom (Doc. No. 102) during the trial in this case. Having considered the motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiffs' motion is **GRANTED** as follows:

(1) Plaintiff's counsel, Dale Swope and Lisha Bowen, shall each be allowed to bring one Blackberry device or cell phone into the courthouse for the duration of the trial scheduled in the above case, which is set on the Court's August 2007 trial calendar. Said Blackberry device or cell phone shall be kept in the "vibrate" or "silent" mode and may be used only outside of the courtroom.

(2) Persons authorized by this Order shall present a copy of this Order to security personnel each time they enter the courthouse with the Blackberry device or cell phone.

(3) The Blackberry device or cell phone is subject to inspection by courthouse security personnel at their discretion.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of July 2007.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk