UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

      Plaintiff,

v.                                     Case No. 8:06-cv-595-T-24 TGW

AUTO-OWNERS INSURANCE COMPANY,

      Defendant.

_____/

# O R D E R

This cause comes before the Court for consideration of Plaintiffs' Motion to Bring Electronic Equipment into the Courthouse (Doc. No. 101) during the trial in this case. Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Plaintiffs' motion is **GRANTED** as follows:

(1)     Plaintiff's counsel, Dale Swope, Lisha Bowen, Stephanie Miles, shall be allowed to bring laptop computers and accessories thereto into the courthouse for the duration of the trial scheduled in the above case, which is set on the Court's August 2007 trial calendar.

(2)     Paralegal for Plaintiff's counsel, Miko Fallon, shall also be allowed to bring a laptop computer and accessories thereto into the courthouse for the duration of the trial scheduled in the above case.

(2)     Persons authorized by this Order shall present a copy of this Order to security personnel each time they enter the courthouse with a laptop computer and/or accessories thereto.

(3)     The laptop computers and all accessories thereto are subject to inspection by

courthouse security personnel at their discretion.[1]

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of July 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk

---

[1]The Court notes that it is unnecessary for Plaintiff's counsel to bring a digital projector or similar
projection device into the courthouse for the duration of the trial in this case, as the courtroom has
projection equipment available.