UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,

v.   Case No. 8:06-cv-595-T-24 TGW

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.
_____/

# O R D E R

This cause comes before the Court for consideration of Defendant's Motion to Bring Electronic Equipment into the Courtroom (Doc. No. 109) during the trial in this case. Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Plaintiffs' motion is **GRANTED** as follows:

(1) Defendant's counsel, Michael S. Rywant, Andrew F. Russo, and Lincoln S. LeVarge shall be allowed to bring laptop computers and accessories thereto, as well as one Blackberry device each, into the courthouse for the duration of the trial scheduled in the above case, which is set on the Court's August 2007 trial calendar. Said Blackberry devices shall be kept in the "vibrate" or "silent" mode and may be used only outside of the courtroom.

(2) Paralegal for Defendant's counsel, Bibi Sattaur, shall also be allowed to bring a laptop computer and accessories thereto, as well as one Blackberry device into the courthouse for the duration of the trial scheduled in the above case.

(3)     Persons authorized by this Order shall present a copy of this Order to security personnel each time they enter the courthouse with any of the electronic equipment herein permitted.

(3)     All electronic equipment is subject to inspection by courthouse security personnel at their discretion.[1]

**DONE AND ORDERED** at Tampa, Florida, this 16th day of July 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk

---

[1] The Court notes that it is unnecessary for Plaintiff's counsel to bring a digital projector or similar projection device into the courthouse for the duration of the trial in this case, as the courtroom has projection equipment available.