**UNITED STATE DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLAYTON KEARNEY,

    Plaintiff,                           CASE NO.:    8:06-CV-595-T-24-TGW

v.

AUTO-OWNERS INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER REGARDING TRIAL SUBPOENAS ISSUED FOR TRIAL PERIOD COMMENCING AUGUST 6, 2007

The Court having rescheduled the trial for the two week trial period commencing September 10, 2007, it is therefore **ORDERED AND ADJUDGED** that:

1.    The trial subpoenas previously issued for the trial period commencing August 6, 2007 will be extended to include the rescheduled two week trial period commencing September 10, 2007.

2.    The previously issued trial subpoenas will have the same force and effect for the rescheduled two week trial period commencing September 10, 2007.

3.    The subpoenaed witnesses should contact the attorney whose name appears on the subpoena for a more definite date and time for their testimony during the rescheduled trial period commencing September 10, 2007.

**DONE AND ORDERED** at Tampa, Florida this 26th day of July, 2007.

                                                  *Susan C. Bucklew*
                                                  SUSAN C. BUCKLEW
                                                  United States District Judge

Copies furnished to:
Counsel of Record