UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,

v.                                                        Case No. 8:06-cv-595-T-24-TGW

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court on the parties' Joint Stipulation for the Dismissal of Count One and Count Three of Plaintiff's Complaint (Doc. No. 138). Plaintiff Clayton Kearney and Defendant Auto-Owners Insurance have agreed to the dismissal of Counts One and Three of Plaintiff's complaint with prejudice, and have also agreed that each party will bear their own costs and expenses related to those counts. Accordingly, it is ORDERED AND ADJUDGED that Count One and Count Three of Plaintiff's Complaint are DISMISSED WITH PREJUDICE.

    **DONE AND ORDERED** at Tampa, Florida, this 3rd day of August, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record