UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


CLAYTON KEARNEY.

       Plaintiff,


v.                                                 Case No. 8:06-cv-595-T-24-TGW

AUTO-OWNERS INSURANCE
COMPANY,

       Defendant.

_____/

## **O R D E R**

       This cause comes before the Court for consideration of Plaintiff's Motion for Partial

Summary Judgment (Doc. No. 48) and Defendant's Motion for Partial Summary Judgment (Doc.

No. 81).  These motions were considered by the United States Magistrate Judge Thomas G.

Wilson pursuant to an order of referral (Doc. No. 85).  Magistrate Judge Wilson held a hearing

on June 7, 2007 and thereafter filed his Report and Recommendation (Doc. No. 118).  In the

Report and Recommendation, Magistrate Judge Wilson recommended that Plaintiff's Motion for

Partial Summary Judgment be denied with respect to a seat belt defense, and granted to the

extent that the retained limit under Defendant's umbrella policy is found to mean that the

umbrella policy provides coverage above $530,000.00.  Magistrate Judge Wilson also

recommended that Defendant's Motion for Partial Summary Judgment be denied.  All parties

were furnished copies of the Report and Recommendation, and were afforded the opportunity to

file objections pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff and Defendant each filed objections

to the Magistrate's Report and Recommendation (Doc. Nos. 137 and 136).

Upon consideration of the Report and Recommendation and each party's objections

thereto, and upon this Court's independent examination of the file, it is determined that the

Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1)     The Magistrate Judge's Report and Recommendation (Doc. No. 118) is

adopted and incorporated by reference in this Order of the Court;

(2)     Plaintiff's Motion for Partial Summary Judgment (Doc. No. 48) is

**DENIED** with respect to the seat belt defense;

(3)     Plaintiff's Motion for Partial Summary Judgment (Doc. No. 48) is

**GRANTED** with respect to the retained limit under Defendant's umbrella

policy, in that it is found to mean that the umbrella policy provides

coverage when damages exceed $530,000.00; and

(4)     Defendant's Motion for Partial Summary Judgment (Doc. No. 81) is

**DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of August, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record