UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,

v.                                                       Case No.  8:06-cv-595-T-24TGW

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Defendant's Motion to File Record Under Seal (Doc. No. 156).  In this motion Defendant requests that the following documents be filed under seal: (1) Bing Kearney's 2005 federal income tax return; (2) Bing Kearney's estimated federal income tax return; and (3) a table summarizing the sources of income contained in the 2005 federal income tax return.

Having considered the motion, and being otherwise fully advised, it is ORDERED AND ADJUDGED that Defendant's Motion to File Record Under Seal (Doc. No. 156) is GRANTED.  The Clerk is directed to seal the above listed documents, along with the instant motion (Doc. No. 156) and memorandum in support, which shall remain under seal until further order of the Court.  Thereafter, the documents sealed will be unsealed and placed in the public portion of the court file.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of August, 2007.

                                                                    SUSAN C. BUCKLEW
                                                                    United States District Judge

Copies to:
Counsel of Record