UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

      Plaintiff,

v.                                                                        Case No.  8:06-cv-595-T-24TGW

AUTO-OWNERS INSURANCE COMPANY,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on Defendant's Motion to File Records Under Seal (Doc. No. 162).  In this motion Defendant requests that the following document be filed under seal: Dr. Laura Liptai's affidavit stating why she will be unavailable for trial during the month of September due to a medical condition, in support of Defendant's motion to continue trial.

Having considered the motion, and being otherwise fully advised, it is ORDERED AND ADJUDGED that Defendant's Motion to File Record Under Seal (Doc. No. 162) is GRANTED. The Clerk is directed to seal the above listed document, along with the instant motion (Doc. No. 162) and memorandum in support, which shall remain under seal until further order of the Court.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of August, 2007.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge