UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY

      Plaintiff,

v().                                                                   Case No.  8:06-cv-595-T-24TGW

AUTO-OWNERS INSURANCE
COMPANY,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Unopposed Motion to Strike and to Delete from Electronic Filing Depositions of Kenneth V. Reagles, PhD and Clayton Kearney (Doc. No. 183).  Having considered the motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that:

    (1)    Plaintiff's Unopposed Motion to Strike and Delete from Electronic Filing Depositions of Kenneth V. Reagles, PhD and Clayton Kearney (Doc. No. 183) is **GRANTED**;

    (2)    Documents 177 and 178 are hereby striken.  The Clerk is directed to delete documents 177 and 178 from the electronic filing system; and

    (2)    Defendant may re-file the deposition of Kenneth V. Reagles, PhD after redacting his home address and the amount of the Zurich settlement.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of August, 2007.

*(signature)*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record