UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,

v.                            Case No. 8:06-cv-595-T-24 TGW

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Defendant's Motion to Bring Electronic Equipment into the Courthouse (Doc. No. 210) during the trial in this case. Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Defendant's motion is **GRANTED** as follows:

(1) Defendant's counsel, Hank B. Campbell and Jack P. James, III shall be allowed to bring laptop computers and accessories thereto, as well as one cellphone device each, into the courthouse for the duration of the trial scheduled in the above case, which is set to begin on November 5, 2007. Said cellphone devices shall be kept in the "vibrate" or "silent" mode and may be used only outside of the courtroom.

(2) Persons authorized by this Order shall present a copy of this Order to security personnel each time they enter the courthouse with any of the electronic equipment herein permitted.

(3) All electronic equipment is subject to inspection by courthouse security personnel at their discretion.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of October 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk