UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY.

       Plaintiff,

v.                                          Case No. 8:06-cv-595-T-24-TGW

AUTO-OWNERS INSURANCE
COMPANY,

       Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiff's Motion *in Limine* Regarding Expert Testimony of Michael Piette, Ph.D (Doc. No. 154). This motion was considered by the United States Magistrate Judge Thomas G. Wilson pursuant to an order of referral (Doc. No. 188). Magistrate Judge Wilson held a hearing on October 10, 2007, and thereafter filed his Report and Recommendation (Doc. No. 204). In the Report and Recommendation, Magistrate Judge Wilson recommended that Plaintiff's motion be denied. All parties were furnished copies of the Report and Recommendation, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff filed an objection to the Magistrate Judge's Report and Recommendation (Doc. No. 217), arguing that the Magistrate Judge misconstrued his argument in favor of excluding Dr. Piette's opinion of Plaintiff's pre-accident earning capacity, and also that the Magistrate Judge misconstrued Florida law regarding the correct measure of Plaintiff's damages for loss of earning capacity.

1

Upon consideration of the Report and Recommendation and Plaintiff's objections thereto, and upon this Court's independent examination of the file, including the transcript of the hearing before the Magistrate Judge, it is determined that the Report and Recommendation should be adopted. The Court finds that Plaintiff's arguments go to the credibility of Dr. Piette's testimony and not its admissibility, and that Plaintiff's counsel can challenge Dr. Piette's testimony on cross examination.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 204) is adopted and incorporated by reference in this Order of the Court; and

(2) Plaintiff's Motion *in Limine* Regarding Expert Testimony of Michael Piette, Ph.D (Doc. No. 154) is **DENIED**. Plaintiff may challenge any alleged deficiencies in Dr. Piette's opinion on cross-examination.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of October, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record