UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY.

      Plaintiff,

v.                                                                               Case No. 8:06-cv-595-T-24-TGW

AUTO-OWNERS INSURANCE
COMPANY,

      Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Defendant's Motion to Preclude Testimony of Frederick A. Raffa, PhD (Doc. 114).

This motion was considered by United States Magistrate Judge Thomas G. Wilson pursuant to an order of referral (Doc. No. 188). After considering the motion, Magistrate Judge Wilson filed his Report and Recommendation (Doc. No. 203). In the Report and Recommendation, Magistrate Judge Wilson recommended that Defendant's Motion to Preclude Testimony of Frederick A. Raffa, PhD be deferred pending Plaintiff's evidentiary presentation at the trial. Magistrate Judge Wilson also recommended that Plaintiff be directed to refrain from mentioning Dr. Raffa's opinions during voir dire and opening statements. All parties were furnished copies of the Report and Recommendation, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Both Plaintiff and Defendant filed objections to the Magistrate's Report and Recommendation (Doc. No. 214 and 209, respectively).

Plaintiff only objected to the last sentence in Magistrate Judge Wilson's Report and Recommendation, which states: "because there is presently an inadequate factual basis for Dr. Raffa's opinions regarding the plaintiff's pre-accident earning capacity, it is appropriate to direct the plaintiff to refrain from mentioning those opinions during voir dire and opening statements." Plaintiff states that Dr. Raffa will not be rendering any expert opinion regarding Plaintiff's pre-accident earning capacity. Therefore, Plaintiff requests that the Court reject this sentence and clarify that Plaintiff's counsel may mention in opening statement and voir dire what he intends to prove regarding Plaintiff's pre-accident earning capacity and Dr. Raffa's calculations of his loss of future earnings capacity. Defendant objects to Magistrate Judge Wilson's recommendation that the motion be deferred until trial, and states that its motion should instead be granted prior to trial.

Upon consideration of the Report and Recommendation and the parties' objections thereto, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted as follows: the Court will defer ruling on Defendant's Motion to Preclude Testimony of Frederick A. Raffa, PhD (Doc. 114) until immediately before Dr. Raffa is called as a witness. The Court may require that Dr. Raffa's testimony first be proffered outside the presence of the jury. Plaintiff's counsel is ordered <u>not</u> to refer to Dr. Raffa's opinions in opening statement. The Court also finds that, although probably unlikely, it would be inappropriate for Plaintiff's counsel to refer to Dr. Raffa's opinions in voir dire.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 203) is adopted and incorporated by reference in this Order of the Court; and

    (2)    The Court defers ruling on Defendant's Motion to Preclude Testimony of Frederick A. Raffa, PhD (Doc. 114) until trial.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of October, 2007.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record