UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,

v.                                                                 Case No. 8:06-cv-595-T-24 TGW

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiffs' Motion to Bring Electronic Equipment into the Courthouse (Doc. No. 227). Plaintiff requests for his expert witness, Elliot Stern, PhD, P.E., to be able to bring a laptop computer and accessories thereto, into the courtroom during the trial of this case. Plaintiff states that Dr. Stern will use the laptop computer and its accessories in the presentation of trial exhibits and demonstrative aids. The Court finds that granting Dr. Stern permission to bring a laptop and accessories thereto into the courtroom is unnecessary. The attorneys who have previously been granted permission to bring laptops and accessories thereto, into the courtroom during the trial in this case can display the trial exhibits and demonstrative aids.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion to Bring Electronic Equipment into the Courthouse (Doc. No. 227) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 31st day of October, 2007.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge