UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,

v.                                                        Case No. 8:06-cv-595-T-24 TGW

AUTO-OWNERS INSURANCE
COMPANY,

    Defendant.
_____/

**O R D E R**

        This cause comes before the Court for consideration of Plaintiff's Motion *in Limine* Regarding Plaintiff's Non-Testifying Experts, Dr. Shahnasarian and Brenda Mulder (Doc. 149).

        This motion was considered by United States Magistrate Judge Thomas G. Wilson pursuant to an order of referral (Doc. No. 188). After considering the motion, Magistrate Judge Wilson filed his Report and Recommendation (Doc. No. 206). In the Report and Recommendation, Magistrate Judge Wilson recommended that Plaintiff's motion be granted only to the extent that Defendant should be precluded from eliciting, or suggesting, that Plaintiff originally retained Dr. Shahnasarian and Ms. Mulder as experts. All parties were furnished a copy of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, including the transcript of the hearing before Magistrate Judge Wilson, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 206) is adopted and incorporated by reference in this Order of the Court;

    (2)    Plaintiff's Motion *in Limine* Regarding Plaintiff's Non-Testifying Experts Dr. Shahnasarian and Brenda Mulder (Doc. No. 149) is **GRANTED IN PART AND DENIED IN PART**. Defendant may call Dr. Shahnasarian and Ms. Mulder as witnesses, but shall not elicit or suggest that Plaintiff originally retained Dr. Shahnasarian or Ms. Mulder as experts.

**DONE AND ORDERED** at Tampa, Florida, this 31st day of October, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record