UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

      Plaintiff,

v.                                           Case No. 8:06-cv-595-T-24-TGW

AUTO-OWNERS INSURANCE COMPANY,

      Defendants.
_____/

**O R D E R**

This cause came before the Court at a status conference held on November 30, 2007.

Upon consideration, it is ORDERED AND ADJUDGED that:

    (1)    The parties' Case Management Report is due on or before December 14, 2007;

    (2)    Plaintiff's motion/memorandum regarding Defendant's entitlement to a setoff for prior settlements is due on or before December 14, 2007; and

    (3)    Defendant's motion/memorandum regarding Defendant's entitlement to a setoff for prior settlements is due on or before December 28, 2007.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of November, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record