## UNITED STATE DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,                                  CASE NO.:    8:06-CV-595-T-24-TGW

v.

AUTO-OWNERS INSURANCE
COMPANY,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on the parties' Stipulation for Substitution of Counsel. (Doc. No. 309.)  Having considered the stipulation, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that:

1. Gray Robinson, P.A. is relieved from all further responsibility as counsel for Defendant, Auto-Owners Insurance Company;

2. Hank Campbell, Esq., of Valenti Campbell Trohn Tamayo & Aranda, P.A., shall be substituted as counsel of record for Defendant, Auto-Owners Insurance Company;

3. Pleadings, correspondences, and all other documents and notices in this action shall, as of today, be served to:

    Hank Campbell
    Valenti Campbell Trohn Tamayo & Aranda, P.A.
    1701 South Florida Avenue
    Lakeland, Florida 33803
    (phone: 863/686-0043)
    h.campbell@vcttalawyers.com

4. The Clerk is directed to change the contact information for Hank Campbell on the docket sheet.

**DONE AND ORDERED** at Tampa, Florida this 13th day of February, 2008.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies furnished to:
Counsel of Record