UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,

v.                                    Case No. 8:06-cv-595-T-24TGW

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

This cause comes before the Court on Plaintiff's Motion to Determine Entitlement to Attorney's Fees Pursuant to Section 627.428 of the Florida Statutes, and To Defer Determination of Amount, and to Grant an Extension to File Supporting Documentation. Defendant has filed a response in opposition. (Doc. No. 201.)

Upon consideration, the Court concludes that it is premature to make any determination regarding attorney's fees until this case is completed. Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's motion is **DENIED WITHOUT PREJUDICE**. Plaintiff may re-file his motion after the close of this case.

**IT IS SO ORDERED** at Tampa, Florida, this 8th day of August, 2008.

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record