UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,

v.                                                      Case No. 8:06-cv-00595-T-24 TGW

AUTO-OWNERS INSURANCE
COMPANY,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motions for Permission to Bring Laptop Computers and Accessories, and Blackberry Devices and Cellular Phones (Docs. 498, 499) into the Courthouse during the jury trial in this case, which is set on the Court's November 2009 trial calendar. Upon consideration, the motions are **GRANTED** as follows:

(1)     Attorneys Bennie Lazzara, Jr. and James R. Freeman, and paralegal Allison Stevenson, shall each be allowed to bring a laptop computer, computer accessories, and a cellular phone or Blackberry device into the courthouse during the jury trial of this case. The cellular phone or Blackberry device shall be kept in the "vibrate" or "silent" mode and may be used only outside the courtroom.

(2)     The Court has its own projection device that will allow counsel to display exhibits on a projection screen in the courtroom. Therefore, counsel will not need to bring their own projection device into the courthouse.

(3)     The persons authorized by this Order shall present a copy of this Order to security

personnel when they enter the courthouse with electronic equipment. The electronic equipment is subject to inspection at any time by courthouse security personnel.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of October, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Courthouse Security Front Desk