UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON KEARNEY,

    Plaintiff,

v.                                                                         Case No. 8:06-cv-00595-T-24 TGW

AUTO-OWNERS INSURANCE
COMPANY,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Defendant's Amended Motion for Permission to Bring Electronic Equipment and Cellular Phones (Docs. 563) into the Courthouse during the jury trial in this case, which is set to begin on Monday, November 9, 2009. Upon consideration, the motion (Docs. 563) is **GRANTED** as follows:

(1)     Attorneys William S. Chambers IV and legal assistant Karen Cassata shall each be allowed to bring a laptop computer, computer accessories, and a cellular phone into the courthouse during the jury trial of this case. The cellular phones shall be kept in the "vibrate" or "silent" mode and may be used only outside the courtroom.

(2)     The persons authorized by this Order shall present a copy of this Order to security personnel when they enter the courthouse with electronic equipment. The electronic equipment is subject to inspection at any time by courthouse security personnel.

1

**DONE AND ORDERED** at Tampa, Florida, this 6th day of November, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Courthouse Security Front Desk